JS-6

FILED
CLERK, U.S. DISTRICT COURT
OCT - 2 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JEFFREY S. BENICE, ESQ., State Bar No. 81583
*A Professional Law Corporation*
LAW OFFICES OF JEFFREY S. BENICE
3080 Bristol St., Suite 630
Costa Mesa, California 92626
Telephone: (714) 641-3600
Facsimile: (714) 641-3604
Website: www.JeffreyBenice.com
E-Mail: JSB@JeffreyBenice.com

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN EVERETT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE ENDEAVOR AGENCY, LLC, a Delaware Limited Liability Company located in California; CBS BROADCASTING, INC., a New York Corporation; and DOES 1-10,<br><br>Defendants. | CASE NO.: CV 11-0925 AHM (AGRx)<br><br>[Hon. A. Howard Matz]<br><br>NOTICE AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF ACTION<br><br>[F.R.C.P. 41(a)(1)] |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil procedure, Plaintiff BRIAN EVERETT, by and through his counsel, hereby dismisses with prejudice the above-captioned action, with each party bearing his or its own costs and attorneys' fees.

Dated: September 25, 2012

By: _____
JEFFREY S. BENICE
Attorney for Plaintiff BRIAN EVERETT

IT IS SO ORDERED
Dated October 1, 2012

_____
A. H. Matz
United States District Judge

JS-6

779379.1

1